RECEIVED
SDNY PRO SE OFFICE

2015 SEP 25 PM 4: 38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Sherod Cannon

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

City of New York
CO Torres
CO Cracker 9303
CO Aladin 7920
CO Smith 9108
CO Yakubu 8152
CO Jackson 17789

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ✓ Yes   ☐ No
(check one)

15 Civ. 5753 (LAP)

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
      confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
      as necessary.

Plaintiff's    Name Joseph Sherod Cannon
               ID# 349 150 3252
               Current Institution Vernon C. Bain Center
               Address 1 Halleck Street, Bronx, New York 10474

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served. Make sure that the defendant(s) listed below are identical to those contained in the
      above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Torres                              Shield # N/A
                   Where Currently Employed Anna M. Kross Center
                   Address 18-18 Hazen Street, East Elmhurst, New York

_Rev. 01/2010_                              1

Defendant No. 2      Name Crocker _____ Shield # 9303
                     Where Currently Employed Anna M. Kross Center _____
                     Address 08-08 Hazen Street East Elmhurst, New York ___

Defendant No. 3      Name Aladin _____ Shield # 7920
                     Where Currently Employed Anna M. Kross Center _____
                     Address 08-08 Hazen Street, East Elmhurst, New York ___

**Who did what?**

Defendant No. 4      Name Smith _____ Shield # 9108
                     Where Currently Employed Anna M. Kross Center _____
                     Address 18-08 Hazen Street, East Elmhurst, New York ___

Defendant No. 5      Name Yakubu _____ Shield # 8152
                     Where Currently Employed Anna M. Kross Center _____
                     Address 18-08 Hazen Street, East Elmhurst, New York ___

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur?
        Anna M. Kross Center, 18-08 Hazen Street, East Elmhurst, New York

B.      Where in the institution did the events giving rise to your claim(s) occur?
        Harts Island Clinic

C.      What date and approximate time did the events giving rise to your claim(s) occur?
        June 17th, 2015 and June 23rd, 2015 at Aprox 1730 Hrs

**What happened to you?**

D.      Facts: On June 17th, 2015 I recieved a cut on my forehead and was assaulted with a knife by CO Torres.
        On June 23rd, 2015 I was discharged from the Bellevue Hospital and sent to Anna M. Kross Center on Rikers Island front cuffed. I

was then brought to the Harts Island Clinic while still cuffed by co Crocker and Co Aladin. When arriving in the Harts Island clinic I was pulled away from the camera and told that I was going to speak to a clinician in a cubical. CO Crocker was trying to handcuff me to the wall when I was kicked by CO Jackson. I then ran out of the cubical in front of the camera to show that I was front cuffed and being assaulted I was dragged back into the cubical and mased. I tried to run back out of the cubical but CO Crocker was blocking the doorway I was being punched in the back of my head and kicked. I was also cut on my back. My forehead was split open and so was the back of my head. I only recieved stiches in my forehead. My left wrist was also bleeding. I have scars on my face, my wrist and back and also the back of my head. I was then transfered to George R. Vinero Center 09-09 Hazen Street East Elmhurst, NY where I did not recieve mental health treatment and was refused showers. My mail was not being sent out which violated my right to freedom of speech and to petition the government.

[Margin note box: Was anyone else involved?]

[Margin note box: Who else saw what happened?]

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Laceration on forehead, wrist, back and back of head.

Mental Distress

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Anna M. Kross Center, 18-18 Hazen Street, East Elmhurst, New York_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ✓

If YES, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Vernon C. Bain Center_

1.    Which claim(s) in this complaint did you grieve?
_Outgoing and incomming mail_

2.    What was the result, if any?
_no response_

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:
_I filed an article 78 with the Supreme Court of Bronx_

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Barack Obama, Center for Constitutional Rights, Loretta E Lynch, Sonia Sotomayor

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I've filed an article 78 in the Supreme Court of Bronx and I've sent personal injury claims to the New York City Office at the Comptroller
Constantly asked for grievance to be answered

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am demanding $9,000,000. pain and suffering, $1,800,000, Cruel and Unusual Punishment $1,800,000, Nominal Damages $1,800,000, Compensatory Damages $1,800,000 Mental Distress $1,800,000

_____

_____

_____

**VI.   Previous lawsuits:**

<table>
<tr><td>
**On
these
claims**
</td><td>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No _____
</td></tr>
</table>

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _Joseph Sherod Cannon_____

Defendants _New York City Police Department_____

2. Court (if federal court, name the district; if state court, name the county) _United States District Court, Southern District of New York_

    3.   Docket or Index number _15-CV-4579_

    4.   Name of Judge assigned to your case _Loretta A. Preska_

    5.   Approximate date of filing lawsuit _May 30th, 2015_

    6.   Is the case still pending?  Yes ✓   No _____

        If NO, give the approximate date of disposition_____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

<table>
<tr><td>
**On
other
claims**
</td><td>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No _____
</td></tr>
</table>

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _Joseph Sherod Cannon_____

Defendants _New York City Police Department_____

    2.   Court (if federal court, name the district; if state court, name the county) _United States District Court, Southern District of New York_

    3.   Docket or Index number _15-CV-4579_

    4.   Name of Judge assigned to your case _Loretta A. Preska_

    5.   Approximate date of filing lawsuit _May 30th, 2015_

6.     Is the case still pending?  Yes _✓_  No ____

       If NO, give the approximate date of disposition_____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
       _____
       _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15th day of September , 2015.

                        Signature of Plaintiff

                        Inmate Number        34915032551

                        Institution Address   Vernon C. Bain Center
                                            1 Halleck Street
                                            Bronx, New York
                                            10474

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 19th day of September , 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                        Signature of Plaintiff:



# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

Nyc.gov/health

## DISCHARGE PLANNING COMMUNITY REFERRAL

FIRST NAME: Joseph          LAST NAME: Cannon

BOOK & CASE #: 349.15 03252          FACILITY: AMKC C95

DATE OF BIRTH: 10/30/90          DATE OF DISCHARGE: Unknown

## YOU HAVE BEEN REFERRED TO THE FOLLOWING:

PROGRAM NAME: BELLEVUE ASSESSMENT MEN'S SHELTER

REFFERRAL DATE: 4.10.15

DATE OF APPOINTMENT: Upon Release TIME OF APPOINTMENT: Call for appointment

TELEPHONE NUMBER: 212 -481-4731

ADDRRESS   400-430 1ST Avenue, NY (29th Street)

CONTACT PERSON: Intake

I HAVE RECEIVED A COPY OF THE INFORMATION FOR THE PROGRAM I AM BEING
REFERRED TO.

_____          4/10/15
SIGNATURE OF CLIENT                    DATE

REFERRED BY:

NAME: Jensy

TITLE: Discharge Planner

TELEPHONE NUMBER: 347-774-7482



# THE CITY OF NEW YORK
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R Bloomberg
Mayor

Thomas R Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

## DISCHARGE PLANNING COMMUNITY REFERRAL

FIRST NAME: Joseph                    LAST NAME: Cannon

BOOK & CASE #: 349.15.03252           FACILITY: AMKC.C95

DATE OF BIRTH: 10/30/90               DATE OF DISCHARGE: unknown

### YOU HAVE BEEN REFERRED TO THE FOLLOWING:

PROGRAM NAME: BELLEVUE HOSPITAL CENTER

REFFERRAL DATE: 4·10·15

DATE OF APPOINTMENT: Upon Release  TIME OF APPOINTMENT: Call for appointment

TELEPHONE NUMBER: 212-562-4721

ADDRRESS  462 1ST AVENUE, NYC, NY 10016

CONTACT PERSON: Intake

WALK-IN HOURS, MONDAY – FRIDAY FROM 8A.M. – 2 P.M. 2ND FL. CB BUILDING

I HAVE RECEIVED A COPY OF THE INFORMATION FOR THE PROGRAM I AM BEING
REFERRED TO.

SIGNATURE OF CLIENT                    4/10/15
                                       DATE

REFERRED BY:

NAME: Jensy

TITLE: Discharge Planner

TELEPHONE NUMBER: 347-774-7482



Mr. Joseph S. Cannon 341-15-03252
Vernon C. Bain Center
1 Halleck Street
Bronx, New York 10474

Pro Se
CF 9/25/15

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - New York, NY
- 10007 -

NEW YORK NY 100
23 SEP 2015  PM 16 L

10007133099

10007100001

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 25  PM 4:38

FOREVER
USA